# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | E.D. Virginia Case No. 16-CV-804 (TSE/IDD) |
| ATTILA BIBER and SANDRA LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | E.D. Virginia Case No. 17-CV-205 (TSE/MSN) |
| SARA KOZAK, formerly known as SARA LEMKE and SARA AZZALINE,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | N.D. Illinois Case No. 17-CV-318 |

## Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Attila Biber, Sandra Levy, and Sara Kozak (collectively, the "Plaintiffs"), through counsel and with the consent of Defendants Pioneer Credit Recovery, Inc. and General Revenue Corporation, hereby

move this Court for preliminary approval of the proposed class action settlement. In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, filed contemporaneously herewith.

Dated: July 10, 2017

Respectfully submitted,

PLAINTIFFS, ATTILA BIBER,
SANDRA LEVY, and SARA KOZAK,
Individually and on Behalf of The Class,

/s/ Thomas R. Breeden
Thomas R. Breeden, Virginia Bar No. 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, VA 20109
Tel: (703) 361-9277
Fax: (703) 257-2259
Email: trb@tbreedenlaw.com

Dale W. Pittman
Law Office of Dale W. Pitman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg VA 23803
Tel: (804) 861-6000
Fax: (804) 861-3368
Email: dale@pitmanlawoffice.com

Brian L. Bromberg
Jonathan R. Miller
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
Email: brian@bromberglawoffice.com
Email: jonathan@bromberglawoffice.com

/s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michelle A. Alyea

Edelman, Combs,
Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
Tel: (312) 739-4200
Fax: (312) 419-0379
Email: courtecl@edcombs.com

# CERTIFICATE OF SERVICE

This is to certify that on July 10, 2017, a copy of the foregoing was served via CM/ECF system on the following:

    Deborah J. Israel
    Louis J. Rouleau
    Alexander P. Rothschild
    Womble Carlyle Sandridge & Rice, LLP
    1200 Nineteenth Street, NW, Suite 500
    Washington, DC  20036
    Email:  disrael@wcsr.com
            lrouleau@wcsr.com
            arothschild@wcsr.com

    *Counsel for Defendants Pioneer Credit Recovery, Inc. and General Revenue Corporation*



                                              Thomas R. Breeden