1:17-CV-205

[MAILROOM stamp: OCT - 3 2017 — Dale STEBER — CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA]

Culpeper, VA
22701

Objection to the Proposal in Court
Circuit Reference 17 CV 205 TSE/MSN (E.D. VA.)
Client Listed is Verifying ownership to
Reciepient.