UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATTILA BIBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | E.D. Virginia Case No. 16-CV-804 (TSE/TDD) |
| ATTILA BIBER and SANDRA LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REVENUE CORPORATION,<br><br>Defendant. | E.D. Virginia Case No. 17-CV-205 (TSE/MSN) |
| SARA KOZAK, formerly known as SARA LEMKE and SARA AZZALINE,<br><br>individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>Defendant. | N.D. Illinois Case No. 17-CV-318 |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED that the above-captioned, consolidated actions are dismissed with prejudice, with this Court retaining continuing and exclusive jurisdiction over the parties and all matters relating to the Actions and/or Settlement Agreement, including the

administration, interpretation, construction, effectuation, enforcement, and consummation of the Settlement Agreement and this Final Order. This Order of Dismissal binds all settlement class members who did not validly opt-out of the settlement class.

IT IS SO ORDERED this 31st day of January, 2018.

/s/
_____
T. S. Ellis, III
United States District Judge

2